PROVIDED TO
HAMILTON C.I.
FEB 28 2023
RECEIVED BY BB
FOR MAILING

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION,

Frankie Cintron #B11418
    PLAINTIFF,

CASE NO. 3:23-CU-238-MMH-JBT

V.

C/O Gabriellie, C/O Cambell
Sgt. Euwin, C/O Umsted
C/O Williamson, Sgt. Kilgore
C/O Machit, C/O Davis
Sgt. Miller, C/O Smith
Sgt. Ward, Sgt. Bollard
C/O Watson, Sgt. Resse
Sgt. Morgen, C/O Wirtherspoon, C/O McGee
et. al., DEFENDANTS.

## INJUNCTION RELIEF

COMES NOW PLAINTIFF Frankie Cintron, #B11418 And Files this Injuction For Protection Against Repeat Violence AGAINST THE Above Defendant(s), And As Grounds in Support demonstrate the Following:

1). For The Past (6) Six months I've been Forced To Cut all The Corrupt Staff Hair and Trim Their Beards either in The Staff Barber Shop or Dormitory Laundry rooms.

2). I Repeatedly Reported Said Misconduct Via Grievances That Were Never responded to and evidently given to the The Same officials Grieved against As all began to threaten myself And Assault myself at Night When Pulled From The Dormitory Unannounced.

3. I've been in punitive Confinement for Approx Two months The Entire Time Seeking Protection Management From These STAFF AND NEVER TAKEN IN Front of INSTITUTION CLASSIFICATION TEAM As Promissed by Sgt. Bowen, (A.M.) Investigator.

4. I Have been Continously Threatend, Taunted, Abused by Confinement Staff During This Stay, C/O McGee, C/O Grabiellie, C/O Williamson, daily, advising I'm A Snitch for Writing Grievances Against themselves and other STAFF. C/O Gabrielle, Stating His Mother is An Asst. Warden, And Their GONA Kill myself OR HAVE SomE OTHER INMATES TO DO IT SOON... C/O Williamson, Stating I Better Watch my back, I'm Dead AT HAMILTON Annex or MAIN UNIT.

5. AT ALL TIMES THIS HAS BEEN REPORTED TO HAMILTON Administration With No Resolution And A Ongoing Onslaught OF Threats And Assaults Leaving Plaintiff Life in Danger.

## CONCLUSION

PLAINTIFF Pray That This Honorable Court Will Enter And Order Against All Named DEFENDANTS, Above THAT NONE BE Allowed Within 500 Ft. oF PLAINTIFF NONE BE Allowed TO USE ANY WEAPON AGAINST DEFENDANT, THAT PLAINTIFF BE RELOCATED From Around THESE DEFENDANTS CONTINOUS ONSLAUGHT OF ASSAULTS AS PLAINTIFFS LIFE IS IN IMMINENT DANGER.

PROVIDED TO
HAMILTON CI
FEB 28 2023
RECEIVED BY BB
FOR MAILING

## CERTIFICATE OF SERVICE

I, Frankie Cintron # B11418 do hereby Certify that a True and Correct Copy of This Injunction Has been Placed in The Hands of Hamilton Mail Carrier B.B. For Mailing To Clerk of Court U.S. District Court Middle District of Florida, 300 N. Hogan ST. Suite 9-150 Jacksonville, Florida 32202-4271 ON THIS 28th day of February 2023

/s/ Frankie Cintron

/s/ Frankie Cintron
Frankie Cintron # B11418
Hamilton Correctional Institution ANNEX
10650 S.W. 46th Street
JASPER, FLORIDA
32052